IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rebecca Fagin,
*on behalf of* Brandon Pointer,    :
:
    Plaintiff(s),    :
: Case Number: 1:10cv813
vs.    :
: Chief Judge Susan J. Dlott
Commissioner of Social Security,    :
:
    Defendant(s).    :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 24, 2012 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 10, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                                                       s/Susan J. Dlott
                                                                       Chief Judge Susan J. Dlott
                                                                       United States District Court